```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CARMEN D. SOJOURNER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 09-5662 |
| v. | : | |
| | : | |
| MICHAEL ASTRUE, | : | |
| Commissioner of the | : | |
| Social Security | : | |
| Administration, | : | |
| | : | |
| Defendant. | : | |

# **O R D E R**

**AND NOW**, this **8th** day of **October, 2010,** after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (doc. no. 14), Defendant's Objections thereto (doc. no. 15), and Plaintiff's Reply thereto (doc. no. 16), it is hereby **ORDERED** for the reasons provided in the accompanying Memorandum that:

    1.   The Report and Recommendation (doc. no. 14) is **APPROVED** and **ADOPTED**;

    2.   Plaintiff's Motion for Summary Judgment (doc. no. 9) is **DENIED**;

    3.   Plaintiff's Motion for Remand (doc. no. 9) is **GRANTED**;

    4.   The final decision of the Commissioner denying disability benefits to Plaintiff is **VACATED**; and

5. The matter shall be **REMANDED** to the Commission for a decision consistent with the Court's opinion.

**AND IT IS SO ORDERED.**

 S/Eduardo C. Robreno  
**EDUARDO C. ROBRENO, J.**